MILDRED KAPLAN, Respondent, v. MORRIS KAPLAN, Appellant.— Motion by appellant to further extend time to perfect appeal and to continue the stay of his examination before trial, granted; time extended to the April Term,

beginning March 27, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 20, 1961. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.